IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

IN THE MATTER OF THE EXTRADITION OF )
) NO. 15-mj-3060
SILVANO MARTINEZ MARTINEZ )
)

**ORDER**

On December 23, 2015, Silvano Martinez Martinez, assisted by Spanish Interpreter Heather Hays, appeared with counsel, AFPD Holley, and also came the Assistant U.S. Attorney, for an initial appearance on the Complaint issued on December 15, 2015. The defendant was advised of the charges nature of the proceedings, penalties and his rights. Defendant orally moved for the Court to schedule a bond hearing, and it is therefore

ORDERED that a bond hearing is scheduled for **Thursday, January 7, 2016, at 2:00 p.m.**, in Courtroom No. 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. An interpreter has been ordered for the hearing. It is further

ORDERED that Silvano Martinez Martinez be detained pending the bond hearing, and committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending disposition of the charges filed against him, and he shall be held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Mr. Martinez shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Mr. Martinez to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge