IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN THE MATTER OF THE       )
EXTRADITION OF:            )
                           )    NO. 15-mj-3060
SILVANO MARTINEZ MARTINEZ  )

**O R D E R**

A status conference is set for **Tuesday, December 20, 2016, at 11:00 a.m.**, in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee, for purposes of the Court making its ruling on the Complaint and Defendant's Motion to Deny Extradition. The United States Marshal shall produce Mr. Silvano Martinez Martinez for the December 20 status conference.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge