IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN THE MATTER OF THE EXTRADITION OF )
) NO. 15-mj-3060
SILVANO MARTINEZ MARTINEZ )

**O R D E R**

On December 20, 2016, a status conference was held for the purpose of the Court stating its ruling. *See* Order at Docket No. 70. Appearing were: Assistant United States Attorney Christopher Sabis on behalf of the complainant, and respondent Silvano Martinez Martinez with his appointed counsel, Michael Holley. The Court's findings and conclusions were made orally on the record in open court. For the reasons stated on the record, the Motion of Silvano Martinez Martinez to Deny Certification (Docket No. 57) is GRANTED and certification of extradition of Silvano Martinez Martinez to Mexico as requested in the Complaint is DENIED.[1] The Clerk is to directed to close this case.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Mr. Martinez was separately ordered released from federal custody. *See* Order at Docket No. 72.